No. 17,112.

FIRST NATIONAL BANK OF ENGLEWOOD *v.* NORTHWESTERN COLORADO FINANCE CORPORATION.

(268 P. [2d] 1039)

Decided April 5, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. JOHN B. BARNARD, Mr. JOHN B. BARNARD, JR., Mr. DUANE L. BARNARD, for plaintiff in error.

Mr. C. R. MONSON, Mr. EDWARD L. HIGBEE, for defendant in error.